IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JEFFREY A. COX                                                    PLAINTIFF

       V.                        Civil No. 09-6069

PRESTON GLENN, *et al.*                                          DEFENDANTS


JUDGMENT

       On this 25th day of January, 2012, there comes on for consideration the report and recommendation filed in this case on October 27, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 27).  No objections were filed to the report and recommendation.

       The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion to Dismiss (doc. 26) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b).  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

       IT IS SO ORDERED.


                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge